**Electronically Filed**
**Supreme Court**
**SCWC-12-0000858**
**09-DEC-2015**
**03:16 PM**

SCWC-12-0000858

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

YONG SHIK WON, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000858; CASE NO. 1DTA-11-01903)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on November 25, 2015, is corrected as follows:

On page 1, on the first line following the date, the

identification of the court should read as follows:

McKENNA, POLLACK, AND WILSON, JJ.,
WITH WILSON, J., CONCURRING SEPARATELY,
AND NAKAYAMA J., DISSENTING,
WITH WHOM RECKTENWALD, C.J., JOINS

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, December 9, 2015.

/s/ Richard W. Pollack

Associate Justice